JS 44  (Rev. 12/07, NJ 5/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Olcese, Rose Mary

**(b)** County of Residence of First Listed Plaintiff   Passaic

**(c)** Attorney's (Firm Name, Address, Telephone Number and Email Address)

Stephanie Mitterhoff, Esq.
Bramnick, Rodriguez et. al.
1827 East Second Street
Scotch Plains, New Jersey 07076

## DEFENDANTS

Thomas, Dewey T.

County of Residence of First Listed Defendant   Columbus, Georgia

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

Attorneys (If Known)

Leonard C. Leicht, Esq.
Morgan Melhuish Abrutyn

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1  Original Proceeding
- ☒ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Diversity 28 U.S.C. 1332

Brief description of cause:
Motor Vehicle Accident

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) (See instructions):

JUDGE

DOCKET NUMBER

Explanation:

DATE  12/1/09

SIGNATURE OF ATTORNEY OF RECORD

**MORGAN MELHUISH ABRUTYN**
651 West Mount Pleasant Avenue, Suite 200
Livingston, New Jersey 07039
Telephone:   (973) 994-2500
Facsimile:   (973) 994-3375
E-mail:        lleicht@morganlawfirm.com
Attorneys for Defendant, Zelenka Nursery
Our File No.: PRH 30-565 U EA/LL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK, NEW JERSEY**

| | |
|---|---|
| ROSE MARY OLCESE and JOSEPH URBANO, in their capacity as Administrators of the ESTATE OF SALVATOR URBANO AND JEANETTE URBANO,<br><br>    Plaintiff(s),<br><br>-vs-<br><br>DEWEY T. THOMAS, RON CAMPBELL, CROMATRIE TRANSPORTATION LINES, ZELENKA NURSERY, CRST MALONE, INC. JOHN DOE 1-10, ABC CORP., JANE ROE 1-10 and DEF CORP., (fictitiously named),<br><br>    Defendant(s). | Civil Action No.<br><br><br><br><br><br><br>**NOTICE OF REMOVAL** |

TO:   The Honorable Judges of the
       United States District Court
       For the District of New Jersey

Defendant Zelenka Nursery, (hereinafter "Zelenka") a business entity with a principal place of business at 3050 South Muskogee Avenue, Tahlequa, Oklahoma, 74464 by and through his attorneys, Morgan Melhuish Abrutyn, 651

West Mount Pleasant Avenue, Suite 200, Livingston, New Jersey 07039, respectfully request that this matter be removed to United States District Court for the District of New Jersey in Newark, New Jersey, pursuant to 28 U.S.C. Section 1441, because:

1.      Zelenka is a Defendant in the above-entitled action commenced in the Superior Court of New Jersey, Law Division, Passaic County under Docket Number PAS-4633-09 ("the State Court Action").  A true and correct copy of the Complaint is attached hereto as Exhibit A.

2.      Upon information and belief, plaintiff has not yet achieved service of process on Zelenka, although as counsel, we have received a courtesy copy of the Complaint.

3.      Said action is a suit of a civil nature and the amount claimed, exclusive of interest and costs, appears to exceed the sum of $75,000.00 as it involves multiple fatalities.

4.      The United States District Court has original jurisdiction over the subject matter of said civil action under 28 U.S.C. Section 1332(a) in that it is an action wherein the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, there is complete diversity of citizenship between the Plaintiff and the Defendants, and Zelenka is not a citizen of the State of New Jersey:

        (a)   This lawsuit was filed on behalf of two estates.  Upon information and belief, each of the decedents were citizens of Passaic County, New Jersey;

2

(b)     Upon information and belief, at all times relevant to this dispute, Defendant Dewey T. Thomas resided at 5468 Eastbrook Lane, Columbus, Georgia, 31907; and

(c)     Upon information and belief, at all times relevant to this dispute, Defendant Ron Campbell resided at 101 Shoals Point, Eatonton, Georgia, 31024, and

(d)     Defendant Cromartie Transportation Lines is a business entity with a principal place of business located at 568 Lummus Avenue, Austell, Georgia, 30168.

(e)     CRST Malone, Inc. is a business entity with a principal place of business located at 1901 Floyd Bradford Road, Trussville, Alabama, 35173.

5.     Said action is one of which the District Court of the United States is given original jurisdiction.

6.     The time for filing the Notice for Removal under 28 U.S.C. Section 1446 has not expired as this notice is being filed within 30 days of the defendant being notified of the lawsuit, and prior to plaintiff actually serving the defendant with process.

7.     Defendant has not yet filed an Answer to the State Court Action.

8.     Upon the filing of this Notice, Defendant will give written notice thereof to Plaintiff's attorney, co-defendants and will file copies of this Notice with the Clerk of the Superior Court of Essex County as provided by law.

**WHEREFORE**, Defendant pray that this case be removed from the

3

Superior Court of New Jersey, Law Division, Passaic County, to this Court and proceed in this Court as an action properly removed thereto.

**MORGAN MELHUISH ABRUTYN**
Attorneys for Defendant
Zelenka Nursery, LLC.

LEONARD C. LEICHT, ESQ.

Dated:      December 1, 2009

4

**EXHIBIT A**

BRAMNICK, RODRIGUEZ, MITTERHOFF,
GRABAS & WOODRUFF, LLC
1827 EAST SECOND STREET
SCOTCH PLAINS, NJ 07076
Telephone:  (908) 322-7000
Facsimile:  (908) 322-6997
Attorney for Plaintiffs



| | |
|---|---|
| ROSE MARY OLCESE and JOSEPH URBANO, in their capacity as Administrators of the ESTATE OF SALVATORE URBANO AND JEANETTE URBANO, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION:  PASSAIC COUNTY |
| Plaintiffs, | DOCKET NO.:  L-4633-09 |
| | Civil Action |
| v. | **COMPLAINT AND JURY DEMAND** |
| DEWEY T. THOMAS, RON CAMPBELL, CROMARTIE TRANSPORTATION LINES, ZELENKA NURSERY, CRST MALONE, INC., JOHN DOE 1-10, ABC CORP., JANE ROE 1-10 and  DEF CORP., (fictitiously named), | |
| Defendants. | |

Plaintiffs,  **ROSE MARY OLCESE,** residing at 618 Driftwood Court in the City of

Allen and State of Texas and **JOSEPH URBANO,** residing at 14 Matawan Green Lane in the

Boro of Matawan, County of Monmouth and State of New Jersey, in their capacity as

coadministrators of the **ESTATE OF SALVATORE URBANO AND JEANETTE**

**URBANO,** by way of complaint state:

### FIRST COUNT (Wrongful Death)

1.      Plaintiffs are the Administrators of the **ESTATE OF SALVATORE URBANO**

**AND JEANETTE URBANO,** and the Surrogate of Passaic County issued Plaintiffs letters of

administration on May 6, 2009.  A copy of the letters testamentary appointing Plaintiffs as

general administrators of the decedents' estate is attached as Exhibit "A" and is incorporated into this complaint by this reference.

2.      That on or about April 25, 2009, Plaintiffs' decedent, **JEANETTE URBANO** was lawfully operating a vehicle, known as a 2004 Gray Buick LeSabre with license plate number YEP18S and registered in the State of New Jersey, on the New Jersey Turnpike South at or about Mile Post 35.

3.      That on or about April 25, 2009, Plaintiffs' decedent, **SALVATORE URBANO,** was a passenger in the vehicle operated by his wife, Jeanette Urbano, known as a 2004 Gray Buick LeSabre with license plate number YEP18S and registered in the State of New Jersey, on the New Jersey Turnpike South at or about Mile Post 35.

4.      That on or about April 25, 2009, the Defendant, **DEWEY T. THOMAS**, owned and negligently maintained and operated a motor vehicle known as a 2000 White Freightliner Tractor with license plate number H9402345 and registered in the State of Georgia, on the New Jersey Turnpike South at or about Mile Post 35.

5.      That on or about April 25, 2009, the Defendant, **RON CAMPBELL**, owned and negligently maintained and operated a motor vehicle known as a 2000 White Freightliner Tractor with license plate number H9402345 and registered in the State of Georgia, on the New Jersey Turnpike South at or about Mile Post 35.

6.      That on or about April 25, 2009, the Defendant, **CROMARTIE TRANSPORTATION LINES**, owned and negligently maintained a motor vehicle known as a 2000 White Freightliner Tractor with license plate number H9402345 and registered in the State of Georgia, on the New Jersey Turnpike South at or about Mile Post 35.

7.     That on or about April 25, 2009, the Defendant, **CRST MALONE, INC.**, owned and negligently maintained and operated a motor vehicle known as a 2000 White Freightliner Tractor with license plate number H9402345 and registered in the State of Georgia, on the New Jersey Turnpike South at or about Mile Post 35.

8.     That on or about April 25, 2009, the Defendant, **ZELENKA NURSERY**, owned and negligently maintained a trailer known as a 2005 White Trailer with license plate number 3933FC and registered in the State of Oklahoma, on the New Jersey Turnpike South at or about Mile Post 35.

9.     That on or about April 25, 2009, the Defendants, **JOHN DOE 1-10 and ABC CORP. 1-10,** fictitious entities, negligently owned maintained and/or improperly operated the aforementioned vehicles on New Jersey Turnpike South at or about Mile Post 35.

10.     That at the time of the accident, Defendant, **DEWEY T. THOMAS**, was operating the aforementioned tractor and trailer as the agent, servant or employee of defendants, **CROMARTIE TRANSPORTATION LINES, RON CAMPBELL, ZELENKA NURSERY AND CRST MALONE, INC.**

11.     That at the time of the accident, Defendant, **DEWEY T. THOMAS**, was operating the aforementioned vehicles as the agent, servant or employee of defendants, **JANE ROES 1-10 and DEF CORP. 1-10,** fictitious entities.

12.     That on April 25, 2009, an accident was caused to occur on the New Jersey Turnpike South at or about Mile Post 35, between the aforementioned vehicles owned and operated by Defendants, **DEWEY T. THOMAS, RON CAMPBELL, CROMARTIE TRANSPORTATION LINES, ZELENKA NURSERY and CRST MALONE, INC.**

13.     That on April 25, 2009, an accident was caused to occurred on the New Jersey Turnpike South near Mile Post 35, between the aforementioned vehicles owned and operated by Defendants, **JOHN DOES 1-10, ABC CORP. 1-10, JANE ROES 1-10 AND DEF CORP. 1-10,** fictitious entities.

14.     That the aforementioned accident occurred wholly and solely as a result of the negligence of the Defendants in their ownership, operation, maintenance and control of the tractor and trailer.

15.     As a direct and proximate result of said accident, plaintiffs' decedents, **SALVATORE URBANO AND JEANETTE URBANO,** sustained severe and fatal bodily injuries that caused their deaths on April 25, 2009.

16.     Plaintiffs' decedents are survived by their children, **ROSE MARY OLCESE AND JOSEPH URBANO,** and by reason for the wrongful death of Plaintiffs' decedents, decedents' survivors have suffered pecuniary loss.

17.     At all relevant times set forth herein, there was in full force and effect in the State of New Jersey, a Wrongful Death Statute, pursuant to N.J.S.A. 2A:31-1, et seq., and Plaintiffs bring this action pursuant to the provisions of the Act for the benefit of decedents' next of kin.

18.     This action is commenced within two years of the happening of the accident and the death of plaintiffs' decedents.

**WHEREFORE,** Plaintiffs, **ROSE MARY OLCESE AND JOSEPH URBANO,** as Administrators of the **ESTATE OF SALVATORE URBANO AND JEANETTE URBANO,** demand judgment against the Defendants for said sums that would reasonably and properly compensate them in accordance with the laws of the State of New Jersey together with interest and court costs.

26.     Defendants' negligence in their hiring, supervision and training of Defendant, **DEWEY THOMAS**, was a proximate cause of the accident and the resultant fatal injuries to decedents, **SALVATORE URBANO AND JEANETTE URBANO.**

27.     **WHEREFORE**, Plaintiffs, **ROSE MARY OLCESE AND JOSEPH URBANO**, as Administrators of the **ESTATE OF SALVATORE URBANO AND JEANETTE URBANO**, demand judgment against the Defendants for said sums that would reasonably and properly compensate them in accordance with the laws of the State of New Jersey together with interest and court costs.

### FOURTH COUNT (Punitive Damages)

28.     Plaintiffs repeat, reiterate and reallege every allegation made in the First, Second and Third Counts as if those allegations were set out at length herein.

29.     The conduct of the Defendants, **DEWEY T. THOMAS, CROMARTIE TRANSPORTATION LINES, CRST MALONE, INC., RON CAMPBELL, AND ZELENKA NURSERY**, in their negligent operation, ownership maintenance and control of the tractor and trailter was accompanied by a wanton and willful disregard of persons who foreseeably might be harmed by that conduct.

30.     The conduct of the Defendants, **CROMARTIE TRANSPORTATION LINES, CRST MALONE, INC., RON CAMPBELL, AND ZELENKA NURSERY**, in their negligent hiring, retention and supervision of Dewey Thomas was accompanied by a wanton and willful disregard of persons who foreseeably might be harmed by that conduct.

31.     As a direct and proximate result of said accident, the Plaintiffs' decedents, **SALVATORE URBANO AND JEANETTE URBANO**, sustained bodily injuries that caused their death on April 25, 2009.

32.     **WHEREFORE**, based upon the foregoing, the Plaintiffs' decedents, **SALVATORE URBANO AND JEANETTE URBANO**, demand judgment against the Defendants for punitive damages in accordance with N.J.S.A. 2A:15-5.9 et seq. together with interest and court costs.

Dated:      October 21, 2009                    BRAMNICK, RODRIGUEZ,
                                                MITTERHOFF, GRABAS &
                                                WOODRUFF
                                                Attorney for Plaintiff


                                        BY:   JON M. BRAMNICK

## JURY DEMAND

Plaintiff hereby demands as trial by jury as to all issues in this matter as permitted by law.

Dated:      October 21, 2009                    BRAMNICK, RODRIGUEZ,
                                                MITTERHOFF, GRABAS &
                                                WOODRUFF
                                                Attorney for Plaintiff


                                        BY:   JON M. BRAMNICK

## DESIGNATION OF TRIAL ATTORNEY

In accordance with R. 4:25-4, JON M. BRAMNICK, ESQ., is named as the Designated Trial Attorney for this matter.

## CERTIFICATION

JON M. BRAMNICK, ESQ.,  attorney for the Plaintiff, certifies:

1.    The matter in controversy is not the subject of any other action pending in any other action pending in any court and is not the subject of a pending arbitration proceeding.

2.    No other action or arbitration proceeding is contemplated.

3.    There is no other party who should be joined in this action to my knowledge as of the present time.

Dated:    October 21, 2009

BRAMNICK, RODRIGUEZ,
MITTERHOFF, GRABAS &
WOODRUFF
Attorney for Plaintiff

BY:   JON M. BRAMNICK

**Appendix XII-B1**



# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial Law Division
Civil Part pleadings (not motions) under Rule 4:5-1
**Pleading will be rejected for filing, under Rule 1:5-6(c), if information above the black bar is not completed or if attorney's signature is not affixed.**

**FOR USE BY CLERK'S OFFICE ONLY**

PAYMENT TYPE: ☐CK ☐CG ☐CA

CHG/CK NO.

AMOUNT:

OVERPAYMENT:

BATCH NUMBER:

| ATTORNEY/PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| Jon M. Bramnick, Esq. | (908) 322-7000 | Passaic |

FIRM NAME (If applicable)
Bramnick, Rodriguez, Mitterhoff, Grabas & Woodruff, LLC

DOCKET NUMBER (When available)
L·4683·09

OFFICE ADDRESS
1827 East Second Street
Scotch Plains NJ 07076

DOCUMENT TYPE
Complaint

JURY DEMAND  ☒ YES  ☐ NO

NAME OF PARTY (e.g., John Doe, Plaintiff)
Rose Mary Olcese and Joseph Urbano, in their capacity as administrators of the Estate of et als

CAPTION
Rose Mary Olcese and Joseph Urbano in their capacity as Administrators of the Estate of Salvatore Urbano and Jeanette Urbano v Dewey Thomas, Cromartie Transportation Lines, Zelenka Nursery, CRST et als

CASE TYPE NUMBER (See reverse side for listing)
603

IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ☒ NO
IF YOU HAVE CHECKED "YES," SEE N.J.S.A. 2A:53A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT.

RELATED CASES PENDING?  ☐ YES  ☒ NO
IF YES, LIST DOCKET NUMBERS

DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? ☒YES ☐ NO

NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY, IF KNOWN
Commercial Truck & Claim for Cromartie, others  ☐ NONE  ☒ UNKNOWN

THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ☐YES ☒NO
IF YES, IS THAT RELATIONSHIP ☐EMPLOYER-EMPLOYEE ☐FRIEND/NEIGHBOR ☐OTHER (explain) ☐FAMILIAL ☐BUSINESS

DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐YES ☒No

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION:

DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? ☐YES ☒NO
IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION:

WILL AN INTERPRETER BE NEEDED? ☐YES ☒NO
IF YES, FOR WHAT LANGUAGE:

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).

ATTORNEY SIGNATURE

Revised Effective 9/2009, CN 10517

**SIDE 2**  **CIVIL CASE INFORMATION STATEMENT (CIS)**

Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I — 150 days' discovery**
| | |
|---|---|
| 151 | NAME CHANGE |
| 175 | FORFEITURE |
| 302 | TENANCY |
| 399 | REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction) |
| 502 | BOOK ACCOUNT (debt collection matters only) |
| 505 | OTHER INSURANCE CLAIM (INCLUDING DECLARATORY JUDGMENT ACTIONS) |
| 506 | PIP COVERAGE |
| 510 | UM or UIM CLAIM |
| 511 | ACTION ON NEGOTIABLE INSTRUMENT |
| 512 | LEMON LAW |
| 801 | SUMMARY ACTION |
| 802 | OPEN PUBLIC RECORDS ACT (SUMMARY ACTION) |
| 999 | OTHER (Briefly describe nature of action) |

**Track II — 300 days' discovery**
| | |
|---|---|
| 305 | CONSTRUCTION |
| 509 | EMPLOYMENT (other than CEPA or LAD) |
| 599 | CONTRACT/COMMERCIAL TRANSACTION |
| 603 | AUTO NEGLIGENCE – PERSONAL INJURY |
| 605 | PERSONAL INJURY |
| 610 | AUTO NEGLIGENCE – PROPERTY DAMAGE |
| 699 | TORT – OTHER |

**Track III — 450 days' discovery**
| | |
|---|---|
| 005 | CIVIL RIGHTS |
| 301 | CONDEMNATION |
| 602 | ASSAULT AND BATTERY |
| 604 | MEDICAL MALPRACTICE |
| 606 | PRODUCT LIABILITY |
| 607 | PROFESSIONAL MALPRACTICE |
| 608 | TOXIC TORT |
| 609 | DEFAMATION |
| 616 | WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES |
| 617 | INVERSE CONDEMNATION |
| 618 | LAW AGAINST DISCRIMINATION (LAD) CASES |
| 620 | FALSE CLAIMS ACT |

**Track IV — Active Case Management by Individual Judge / 450 days' discovery**
| | |
|---|---|
| 156 | ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION |
| 303 | MT. LAUREL |
| 508 | COMPLEX COMMERCIAL |
| 513 | COMPLEX CONSTRUCTION |
| 514 | INSURANCE FRAUD |
| 701 | ACTIONS IN LIEU OF PREROGATIVE WRITS |

**Centrally Managed Litigation (Track IV)**
| | |
|---|---|
| 280 | Zelnorm |
| 285 | Stryker Trident Hip Implants |

**Mass Tort (Track IV)**
| | | | |
|---|---|---|---|
| 248 | CIBA GEIGY | 279 | GADOLINIUM |
| 266 | HORMONE REPLACEMENT THERAPY (HRT) | 281 | BRISTOL-MYERS SQUIBB ENVIRONMENTAL |
| 271 | ACCUTANE | 282 | FOSAMAX |
| 272 | BEXTRA/CELEBREX | 283 | DIGITEK |
| 274 | RISPERDAL/SEROQUEL/ZYPREXA | 284 | NUVARING |
| 275 | ORTHO EVRA | 286 | LEVAQUIN |
| 277 | MAHWAH TOXIC DUMP SITE | 601 | ASBESTOS |
| 278 | ZOMETA/AREDIA | 619 | VIOXX |

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1,
in the space under "Case Characteristics."
Please check off each applicable category:
☐ Verbal Threshold        ☐ Putative Class Action        ☐ Title 59

PASSAIC SUPERIOR COURT
PASSAIC COUNTY COURTHOUSE
77 HAMILTON STREET
PATERSON          NJ 07505
                                        TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (973) 247-8183
COURT HOURS

                         DATE:    OCTOBER 30, 2009
                         RE:      OLCESE VS THOMAS
                         DOCKET:  PAS L -004633 09

     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

     DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON ANTHONY J. GRAZIANO

     IF YOU HAVE ANY QUESTIONS, CONTACT TEAM     002
AT:  (973) 247-8171.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDAN
WITH  R.4:5A-2.
                         ATTENTION:
                              ATT: JON M. BRANMICK
                              BRAMNICK RODRIGUEZ M G & W LLC
                              1827 EAST SECOND STREET
                              SCOTCH PLAINS    NJ 07076

JUKIS