# MMA

## MORGAN MELHUISH ABRUTYN
### ATTORNEYS AT LAW

**LEONARD C. LEICHT**
**PARTNER**

Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Admitted in NJ, NY and CO

651 West Mount Pleasant Avenue, Suite 200, Livingston, New Jersey 07039-1673
(973) 994-2500   Fax (973) 994-3375

39 Broadway, 35th Floor, New York, New York 10006
(212) 809-1111   Fax (212) 509-3422

www.morganlawfirm.com

Reply to New Jersey Office

DIRECT LINE (973) 863-7644
lleicht@morganlawfirm.com

December 1, 2009

**VIA E-FILING**
Clerk of the Court
Federal District Court for District of New Jersey
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   **OLCESE V. THOMAS, ET. AL.**
Civil Action No.:
Our File No.:  PRH 30-565 U EA/LL

Dear Sir/Madam:

Enclosed for filing please find a Notice of Removal with attachments and Civil Cover Sheet on behalf of Defendant Zelenka Nursery and Declaration of Service.  In addition, please advise of the Civil Action Number and assigned Judge.  Thank you.

Very truly yours,

LEONARD C. LEICHT

LCL/mm
Enclosures
cc:   Stephanie Mitterhoff, Esq. (Via Lawyers Service w/enc.)
      Clerk – Law Division, Passaic County (Via Lawyers Service w/enc.)